UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-WJ 2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELLEANA AUSTIN,

    Defendant.

_____

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: _____
    Daryl E. Wilcox
    Assistant
    Federal Public Defender
    Florida Bar No. 838845
    Attorney for Defendant
    101 N.E. 3rd Avenue, Suite 202
    Fort Lauderdale, Florida 33301
    (954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this **12th** day of December, 2000 to Terry Thompson Assistant United States Attorney, Fort Lauderdale, Florida.

_____
Daryl E. Wilcox