-cr-06359-WJZ  Document 19  Entered on FLSD Docket 12/19/2000  P

| | |
|---|---|
| EFT: Elleana Austin (B)# | CASE NO: CC-6359-CR-Zloch  00-4706-LSS |
| USA: Terry Thompson /Stefin | ATTNY: FPD Smargon for Wilcox |
| GENT: | VIOL: |
| PROCEEDING: ~~Prelim~~/Arraignment | BOND REC: |

BOND HEARING HELD - yes/no      COUNSEL APPOINTED:

____ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
    ____ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:        TIME:         JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 1-8-01   11:00am  Snow

DATE: 12-18-00   TIME: 11:00am   TAPE # 00-097   PG # 6
664-760