UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 00-6359-CR-ZLOCH/Snow



UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ELLEANA AUSTIN,

    Defendant.

_____/

## UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

Defendant, ELLEANA AUSTIN, through counsel, respectfully moves for a continuance of the trial in this matter for a period of at least thirty (30) days, from the currently scheduled trial period beginning January 29, 2001, and in support states as follows:

1. The defendant along with co-defendant Taryn Williams are charged by indictment with: (I) conspiracy to use one or more unauthorized access devices during a one year period to obtain things of value totaling more than one thousand dollars ($1,000.00), in violation of 18 U.S.C § 1029(b)(2); and (II) willfully and intentionally using and unauthorized access device during a one year period to obtained things of value totaling more than ($1, 000.00), in violation of 18 U.S.C.§§ 1029(a)(2), (b)(1) and 2

2. Defendant was arraigned on this matter on December 18, 2000. This case is currently set for trial during the two-week period beginning January 29, 2001. This is the first trial setting in this matter.

3. The government filed its response to the standing discovery order on January 5, 2001.

The government's discovery submission consists of approximately 200 pages of financial records and other documents. The undersigned needs additional time to interview witnesses and review the evidence in order to adequately prepare for trial.

3. The undersigned is mindful of this Court's order which requires that Motions for Continuances be filed at least fourteen days prior to the date of the Calendar Call. However, due to voluminous nature of the discovery response, the undersigned is compelled to make this request in order to properly represent Ms. Austin.

4. The undersigned has contacted Assistant United States Attorney Scott Behnke, who is handling this case for the government, and Mr. Behnke has no objection to the granting of the relief requested in this motion.

WHEREFORE, Defendant, Elleana Austin, through undersigned counsel, respectfully requests that the trial in this cause be continued for a period of at least thirty (30) days.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 838845
101 N.E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436 / FAX 954/356-7556

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 24th day of January, 2000 to Scott Behnke, Assistant United States Attorney at 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33301.

_____
Daryl E. Wilcox