UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6359-CR-ZLOCH/SELTZER

UNITED STATES OF AMERICA

      Plaintiff,

v.

TARYN WILLIAMS and
ELEANA AUSTIN,

      Defendants.
_____/

**NIGHT BOX FILED**
JAN 2 5 2001
CLARENCE MADDOX
CLK, USDC / SDFL / FTL

### GOVERNMENT'S SPEEDY TRIAL REPORT

The United States of America, files its Speedy Trial Report as follows:

1. The defendants were indicted on December 14, 2000 and arraigned on December 18, 2000.

2. On January 24, 2001, defendant Austin filed a Motion for Continuance of Trial. There are no other pending motions. Accordingly, 36 days have elapsed for speedy trial purposes and 34 days remain.

3. There are no tape recordings or transcripts. Neither defendant requires an interpreter. The case will require



approximately three days for trial.

> Respectfully submitted,
>
> GUY A. LEWIS
> UNITED STATES ATTORNEY
>
> By: _____
> TERRENCE J. THOMPSON
> Assistant United States Attorney
> Court No. A5500063
> 500 E. Broward Blvd., Suite 700
> Fort Lauderdale, Florida  33301
> (954) 356-7306
> (954) 356-7228 (facsimile)
> Terrence.Thompson@justice.usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Speedy Trial Report was served this <u>26th</u> day of December, 2000, upon: Assistant Federal Public Defender, Daryl E. Wilcox, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301; and Kenneth L. Weisman, Esq., 1471 N.W. 14th Street, Miami, FL 33125.

> _____
> TERRENCE J. THOMPSON
> ASSISTANT UNITED STATES ATTORNEY