UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JAN 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

6359

CASE NUMBER 00-6342-CR-Zloch  DATE 1-26-01

CLERK Carolyne Newby   REPORTER Carl Schanzleh

PROBATION                  INTERPRETER

UNITED STATES OF AMERICA v. Taryn Williams
                              Elleana Austin

U. S. ATTORNEY Terry Lourse  DEFT COUNSEL Kenneth Weisman
                                          Daryl Wilcox

DEFENDANT: Elleana Austin (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft Austin's m/n to continue (joined in by Williams) granted - all time excludable

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC 3 days