UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ELLEANA AUSTIN,
    Defendant.
_____/



### REQUEST FOR EXPERT SUMMARIES

Defendant, ELLEANA AUSTIN, through counsel, files this requests for expert summaries pursuant Rule 16(a)(1)(E) of the Federal Rules of Criminal Procedure. The defendant is requesting that the government disclose written summaries of testimony that they intend to use under Rules 702, 703 or 705 in its case in chief at trial.

Respectfully Submitted

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 838845
101 N.E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436 / FAX 954/356-7556

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed/delivered this 16th day of February, 2001 to Bertha Mitrani, Assistant United States Attorney at 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33301.

_____
Daryl E. Wilcox