UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH/Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELLEANA AUSTIN, et al.

    Defendant.

_____/

## MOTION TO SEAL

COMES NOW, the Defendant, Elleana Austin, and hereby moves this Honorable Court to seal the attached Ex Parte Motion For Production of Documentary Evidence Prior to Trial, Order Granting Ex Parte Motion For Production of Documentary Evidence Prior to Trial, Motion to Seal and Order to Seal. It is necessary to seal the referenced pleadings to prevent the disclosure of defense strategy to the prosecution.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

By: _____

    Daryl E. Wilcox
    Assistant Federal Public Defender
    Florida Bar No. 828845
    Attorney for Defendant
    101 N.E. 3rd Avenue, Suite 202
    Fort Lauderdale, Florida 33301
    (954) 356-7436 / (Fax) 356-7556

]

```
                              Case Selection
Dkt type: cr   Case Number: 00-6359      Division: 0   FtLauderdale
 Title :  USA                       .V.  Williams




Filed      Entry Date  Last Update      History ID    Docketed by
2/16/01     2/21/01     **/**/**         4437633         lh
    +------------------------------------------------------------+
      SEALED DOCUMENT as to Elleana Austin



    +viewing docket text-----------------------------------------+
Transaction: kseal doc -/ -/ - - -

  Command mode (? for commands)
```

Attached to D.E. # 3?