UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-ZLOCH/Seltzer

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ELLEANA AUSTIN, et al

Defendant.
_____/

### SEALED *EX PARTE* MOTION FOR PRODUCTION OF DOCUMENTARY EVIDENCE PRIOR TO TRIAL

The defendant, ELLEANA AUSTIN, through counsel and pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, respectfully moves that the Court enter an order for the production of the following documentary evidence at a time prior to trial:

**State of Florida Drivers License Photograph of Derwin Jones from the Bureau of Records, Division of Drivers Licenses, State of Florida.**

In support of this motion, defendant would show that:

1. Defendant, Elleana Austin and Co-defendant, Taryn Williams, are jointly charged by indictment with: (1) Conspiracy to use one or more unauthorized access devices (credit cards) during a one year period to obtain things of value totaling more than $1000.00, in violation Title 18 USC 1029(a)(2); and (2) Using of one or more unauthorized access device to obtain things of value totaling more than $1,000.00, in violation of 1029(a)(2).

2. The indictment alleges that it was a part of the conspiracy that both defendants opened and attempted to open credit card accounts in the name of elderly and deceased persons.



3. The Overt Acts Section of the conspiracy alleges that both defendants possessed more than one credit card in the name of deceased individuals.

4. The defendant intends to rely on the defense that she lacked any knowledge of anyone opening credit card accounts in the name of elderly or deceased persons

5. The defendant intends to introduce evidence that the unauthorized access cards found in her residence pursuant to a search warrant belonged to Derwin Jones, her former employer, who had asked her to store some papers and boxes at her residence.

6. The defendant and undersigned counsel are unable to locate Derwin Jones, however, investigation has disclosed that Derwin Jones has done business in Florida under the corporate names of DLJ Entertainment Group, Inc., Strafik International Clothing Company, Triple Entertainment Promotions, Inc., and Shades Talent & Modeling Agency, Inc.

7. Investigation has further disclosed that Derwin Jones has attempted to purchase real estate in Broward County using bogus loan commitments, that Derwin Jones provided defendant Austin with credit cards in her own name to purportedly make purchases for Shades Talent & Modeling Agency, Inc., and that Derwin Jones doing business as DLJ Entertainment Group promoted a concert featuring pop artist Eric Benet.

8. In sum, the defense hopes to show that Ms. Austin was an unwilling participant in a fraudulent enterprise which was operated by Derwin Jones and co-defendant Taryn Williams.

9. It is essential to defendant Austin's defense that she be able to prove that Derwin Jones does exist and that he has represented himself as a legitimate businessman.

10. Defense efforts to subpoena or make any contact with Derwin Jones have been unsuccessful.

11. The drivers license photograph is essential to Ms. Austin's defense because the defense intends to call as witnesses persons who have done or attempted to do business with Derwin Jones. The drivers license photograph is necessary to verify Derwin Jones' identity.

12. The Bureau of Records, Driving License Division, State of Florida is exempt from producing drivers license photographs pursuant to a public records request. See F S. 322.142(4). However, the Bureau of Records will produce a drivers license photograph if a court finds that an issue cannot properly be determined without a photograph and that a photograph is unavailable from any other source. Defendant Austin is requesting that this Court make those findings.

WHEREFORE, Defendant respectfully requests that the Court order the Bureau of Records, Drivers License Division, State of Florida produce for inspection by counsel prior to trial the Drivers License Photograph of Derwin Jones and that the order to be entered thereon be sealed by the clerk of this court during the pendency of this case.

Respectfully submitted,

KATHLEEN M. WILLIAMS
Federal Public Defender

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No.: 384021
101 NE 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436 / Fax 356-7556

Dated this _____ day of February, 2001
S:\WILCOX\austin\motion to seal.wpd

```
                              [vdkttext
]
                         Case Selection
Dkt type: cr   Case Number: 00-6359    Division: 0   FtLauderdale
 Title : USA                      .V.  Williams




Filed      Entry Date  Last Update      History ID    Docketed by
2/16/01     2/21/01     **/**/**          4437638        lh
    +--------------------------------------------------------------+
       SEALED DOCUMENT as to Elleana Austin



    +viewing docket text-----------------------------------------+
Transaction: kseal doc -/ -/ - - -

 Command mode (? for commands)
```

Attached to D.E. # _38_