UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH/Seltzer



FILED by ____ D.C.
IN TAKE

FEB 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ELLEANA AUSTIN, et al.

    Defendant.

_____/

## ORDER TO SEAL

THIS CAUSE having come before the Court on the Defendant's Motion To Seal and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the Defendant's Ex Parte Motion For Production of Documentary Evidence Prior to Trial, Order Granting the Ex Parte Motion For Production of Documentary Evidence Prior to Trial, Motion to Seal and Order to Seal be **sealed**.

DONE AND ORDERED on this 20th day of February, 2001, at Fort Lauderdale, Florida.

                                          _Barry Seltzer_
                                          ~~WILLIAM J. ZLOCH~~
                                          United States ~~District~~ Magistrate Judge

cc:    Daryl E. Wilcox, AFPD

```
                              Case Selection
Dkt type: cr    Case Number: 00-6359      Division: 0    FtLauderdale
Title : USA                      .V.  Williams




Filed      Entry Date  Last Update      History ID      Docketed by
2/21/01     2/21/01    **/**/**          4437643           lh
+------------------------------------------------------------+
     SEALED DOCUMENT as to Elleana Austin



   +viewing docket text------------------------------------+
Transaction: kseal doc -/ -/ - - -

  Command mode (? for commands)
```

Attached to D.E. # 39