UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH/Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELLEANA AUSTIN, et al.

    Defendant.

_____/



FILED by _____ D.C.
INTAKE
FEB 2 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

## EX PARTE SEALED ORDER AUTHORIZING PRODUCTION OF DOCUMENTARY EVIDENCE PRIOR TO TRIAL

The defendant, ELLEANA AUSTIN, having applied *ex parte*, pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, for the production of documentary evidence prior to trial, and having demonstrated exceptional necessity for the production of the State of Florida Drivers License photograph of Derwin Jones, it is hereby

ORDERED that a subpoena to the Bureau of Records, Driving License Division, State of Florida to produce the Florida Drivers License photograph of Derwin Jones to trial is approved, and the Bureau of Records, Driving License Division, State of Florida is to provide the Florida Drivers License photograph of Derwin Jones to Assistant Federal Public Defender Daryl E. Wilcox within five days from the entry of this order.

It is further, ORDERED that the defendant's *ex parte* motion for production of,



documentary evidence and this order, <u>be sealed</u> by the clerk of this court during the pendency of this case.

DONE and ORDERED at Fort Lauderdale, Florida, on this _____ day of February, 2001.

~~WILLIAM J. ZLOCH~~
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

cc:   Daryl E. Wilcox, AFPD (two certified copies)

S:\WILCOX\austin\motion to seal.wpd

```
                                                              {vdkttext
]
                              Case Selection
Dkt type: cr   Case Number: 00-6359     Division: 0   FtLauderdale
Title :  USA                     .V.  Williams




Filed      Entry Date  Last Update     History ID    Docketed by
2/21/01    2/21/01     **/**/**        4437647       lh
   +-----------------------------------------------------------+
     SEALED DOCUMENT as to Elleana Austin



   +viewing docket text----------------------------------------+
Transaction: kseal doc -/ -/ - - -

 Command mode (? for commands)
```

Attached to D.E. # _40_