UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6359-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELLEANA AUSTIN,

    Defendant

_____/

## NOTICE OF FILING

The Court hereby gives notice of its receipt and filing on this date of the attached correspondence.

DONE AND ORDERED at Fort Lauderdale, Florida this 22nd day of February 2001.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Daryl Wilcox, Esquire
Assistant Federal Public Defender
Attorney for Defendant

United States Attorney's Office

February 21, 2001

Judge William J. Zloch
299 East Broward Boulevard
Judge's Chambers
Ft Lauderdale Fl 33301

Dear Sir;

My name is Elleana Austin; my case # is 00-6359-CR-Zloch. My case is scheduled before you on March 12, 2001 at 9:00 a. I am being represented by Public Defender Daryl Wilcox.

Your Honor I don't feel I will be fairly represented by Mr. Wilcox. Though he is suppose to represent me as my defense; he has continually represented himself as the prosecuting attorney. He has used tactics to coerse me into pleading guilty so that I will take the plea. He has never advised me of any court date nor have I received any court document telling me of my court dates until this past week when I received a copy of the order you approved for a continuance. The only way I have known my court date for the last hearing

was by going to the Clerk of the Court and she advised me. The only thing Mr. Wilcox has done was to send his investigator to my home and have her ask me what do I plan to do about this case; and what was I going to plea. Judge - Mr. Wilcox has never sat down and told me how he intends on defending me. The only thing I have seen him do is attempt to coerse me into pleading guilty. I thought I was being assigned a defense attorney. Sir, just because I have not been able to get myself an attorney that I can trust and feel that he would do the best job he can to defend me. The only thing Mr. Wilcox has shown me is a reason to distrust him and his ability to defend me. Judge, I may not be able to afford the best legal counsel, but I paid into this government for thirty years on the job I had before retiring. Judge I feel as though I am now a victim of the system. I have told myself and have

prayed that you will be God's mouthpiece for me - that I would get fair treatment. For regardless of anyone's financial status this is still the best government in the world and that there really is liberty and justice for all. Thank you for any consideration you can give me in this matter

Very Truly Yours,

Elleana Austin

Judge William J. Zloch
Judge's Chambers
299 East Broward Boulevard
Ft. Lauderdale FL 33301

Adrian Austin
1325 NW 161 Ave
Pbrk Pns FL 33029

Broward
Prisoner