U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: ELLEANA AUSTIN (B)  CASE NO: 00-6359-CR-Zloch
AUSA: BERTHA MITRANI *present*  ATTNY: FPD: Daryl Wilcox
AGENT: _____  VIOL: *present*
PROCEEDING: Mot for new counsel  BOND REC: _____
BOND HEARING HELD - yes/no  COUNSEL APPOINTED: CJA *David Goff*
____ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

FILED by ____ D.C.
INTAKE
MAR 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House
____ Electronic Monitoring

Mot for new Counsel -
Granted, Order to be faxed.
Gov't asked to leave -
So that hrg can be ex parte

NEXT COURT APPEARANCE: DATE: ____ TIME: ____ JUDGE: ____
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 3-1-01  TIME: 11:00am  TAPE # 01-012 PG # 11
1118-1222
01-017 - 18
43