UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELLEANA AUSTIN,

    Defendant.
_____/

## NOTICE OF APPEARANCE

DAVID J. JOFFE, ESQUIRE, hereby enters his permanent appearance as attorney of record for the Defendant, ELLEANA AUSTIN.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand delivered this 5th day of March, 2001, to:

BERTHA MITRANI, ESQUIRE
Assistant United States Attorney
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida 33301

                            Respectfully submitted,

                            DAVID J. JOFFE, P.A.
                            Attorney for Defendant
                            2900 Bridgeport Avenue
                            Suite 401
                            Coconut Grove, Florida 33133
                            (305) 446-5886

                            By _____
                                DAVID J. JOFFE, ESQUIRE
                                FLORIDA BAR NO. 0814164