UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

ELLEANA AUSTIN,

   Defendant.
_____/

### MOTION TO CONTINUE

COMES NOW the Defendant, ELLEANA AUSTIN, by and through undersigned counsel, David J. Joffe, pursuant to the Local Rules for the Southern District of Florida and the Federal Rules of Criminal Procedure, and would hereby respectfully request this Honorable Court to continue the Trial from March 12, 2001. As grounds in support of this motion, undersigned counsel would state the following factual basis:

1.  Undersigned counsel was Court appointed to represent the Defendant on March 1, 2001. A large box of discovery was delivered to undersigned counsel on March 2, 2001.

2.  As this is a complex white collar fraud case, undersigned counsel needs more time to properly prepare a defense.

3.  This motion is made in good faith and not for purposes of delay.

WHEREFORE, undersigned counsel would respectfully request this Honorable Court to grant this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this  5th  day of March, 2001, to:

BERTHA MITRANI, ESQUIRE
Assistant United States Attorney
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida  33301

>Respectfully submitted,
>
>DAVID J. JOFFE, P.A.
>Attorney for Defendant
>2900 Bridgeport Avenue
>Suite 401
>Coconut Grove, Florida  33133
>(305) 446-5886
>
>By _____
>DAVID J. JOFFE, ESQUIRE
>FLORIDA BAR NO. 0814164

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELLEANA AUSTIN,

    Defendant.
_____/

### ORDER ON MOTION TO CONTINUE

THIS CAUSE having come before this Court on Defendant's Motion to Continue, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendant's Motion to Continue is hereby GRANTED.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

David J. Joffe, Esquire
Bertha Mitrani, Esquire (AUSA)