UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

ELLEANA AUSTIN,

   Defendant.
_____/

### MOTION FOR INVESTIGATIVE FEES

COMES NOW the Defendant, ELLEANA AUSTIN, by and through undersigned counsel, David J. Joffe, and files this Motion for Investigative Fees, and states:

1. Counsel for the Defendant believes that an initial investigative fee in the amount of $2,000.00 is warranted as this is a complex white collar fraud case with numerous individuals to be interviewed to establish a credible defense.

2. Counsel has attached the voucher of Luis E. Suarez, 1770 West Flagler Street, Suite 6, Miami, Florida 33135, telephone number (305) 541-6885, to this motion.

WHEREFORE, the Defendant would respectfully request that this Honorable Court grant this motion.

Respectfully submitted,

DAVID J. JOFFE, P.A.
Attorney for Defendant
2900 Bridgeport Avenue
Suite 401
Coconut Grove, Florida 33133
(305) 446-5886

By_____
DAVID J. JOFFE, ESQUIRE
FLORIDA BAR NO. 0814164

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELLEANA AUSTIN,

    Defendant.
_____/

## ORDER ON MOTION FOR INVESTIGATIVE FEES

THIS CAUSE having come before this Court on Defendant's Motion for Investigative Fees and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion for Investigative Fees is GRANTED. The Court hereby awards Luis E. Suarez, 1770 West Flagler Street, Suite 6, Miami, Florida 33135, telephone number (305) 541-6885, the amount of $_____ for investigative fees.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
David J. Joffe, Esquire