UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff,

v.                                    ORDER

ELLEANA AUSTIN

    Defendant.
_____

THIS MATTER is before the Court upon Motion For Investigative Fees (filed March 6, 2001). This Court has carefully reviewed the merits of said Motion and after due consideration, it is

ORDERED AND ADJUDGED that the aforementioned motion, be and the same is hereby GRANTED to the extent that fees and costs shall not exceed $1,000.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of March 2001.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

cc:
David Joffe, Esq.