UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
DKTG
MAR 0 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER CC-6359-CR-Zloch   DATE 3-8-01

CLERK Carline Newkey   REPORTER Carl Schaizlel

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Elleana Austin

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL David Joffe

DEFENDANT:   PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft Austin's mtn for continuance granted. All time excludable until trial actually commences —

JUDGMENT _____

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC Bond