UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELLEANA AUSTIN,

    Defendant.
_____ /

### ORDER TERMINATING APPOINTMENT OF COUNSEL

THIS CAUSE having come before the Court on the Federal Public Defender's Ore Tenus Motion to Terminate Appointment of Counsel and David Joffe. Esq. having filed a permanent Notice of Appearance in open Court, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and she is relieved of further duties in this cause.

DONE AND ORDERED this 12th day of March, 2001 at Fort Lauderdale, Florida.

                                                      UNITED STATES ~~DISTRICT~~ JUDGE
                                                      Magistrate

cc:   Daryl Wilcox, AFPD
      Bertha Mitrani, AUSA
      David J. Joffe, P.A.