UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359FCR-BLOCH   D.C.

UNITED STATES OF AMERICA,

Plaintiff,

MAR 1 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

vs.

**ORDER GRANTING CONTINUANCE**
**AND RESETTING TRIAL**

ELLEANA AUSTIN,

Defendant.
_____/

THIS MATTER is before the Court upon the Defendant, Elleana Austin's Motion To Continue based upon the need of counsel for additional time within which to prepare to properly defend this matter. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Elleana Austin's Motion To Continue be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of March 12, 2001 and is hereby reset for the trial calendar commencing on Tuesday, May 8, 2001, at 9:30 a.m., in Courtroom A, United States Courthouse, 299

East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Monday, May 7, 2001, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, March 5, 2001, through and including May 8, 2001, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in *Chambers* at Fort Lauderdale, Broward County, Florida, this _____ day of March, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Bertha Mitrani, Esq., AUSA
For Plaintiff

David J. Joffe, Esq.
For Defendant