UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6359-CR-ZLOCH (s)
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1029(b)(1)
18 U.S.C. § 1029(b)(2)
18 U.S.C. § 2

UNITED STATES OF AMERICA,

v.

ELLEANA AUSTIN,

Defendant.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

1. From on or about May 18, 2000, and continuing to at least on or about December 7, 2000, in Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ELLEANA AUSTIN,**

did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to commit access device fraud, that is, to knowingly, willfully and with intent to defraud, use one or more unauthorized access devices during a one-year period, and by such conduct, to receive payment and things of value during a one-year period aggregating more than $1000.00 during that period, with said use affecting interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

**PURPOSE AND OBJECT**

2.      It was the purpose and object of the conspiracy for the defendant to unlawfully enrich herself by making unauthorized transactions with credit cards which she had obtained by unlawful means.

**MANNER AND MEANS**

The manner and means by which the defendant sought to accomplish the object of the conspiracy included the following:

3.      It was part of the conspiracy that the defendant ELLEANA AUSTIN opened and caused to be opened credit card accounts in the names of deceased individuals in order to use the credit card accounts in the names of deceased people at retail establishments throughout Miami-Dade and Broward Counties.

**OVERT ACTS**

In furtherance of the conspiracy and to effect its purpose, at least one of the co-conspirators committed or caused to be committed at least one of the following overt acts, among others, in the Southern District of Florida, and elsewhere:

4.      On or about May 18, 2000, in Miami-Dade County, the defendant, ELLEANA AUSTIN, identified herself as "Mary Ariff" to an undercover detective who was posing as a delivery person for Neiman Marcus.

5.      On or about May 18, 2000, in Miami-Dade County, the defendant, ELLEANA AUSTIN, was in possession of a Neiman Marcus credit card under the name of "Mary Ariff."

6.      On or about December 7, 2000, in Broward County, the defendant, ELLEANA AUSTIN, possessed at least one unauthorized access device in the name of one or more individuals

who were deceased.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT II

7. The allegations set forth in paragraphs 2 through 6 of this Superseding Indictment are re-alleged and incorporated by reference as though fully set forth herein.

8. From on or about May 18, 2000, continuing to at least on or about December 7, 2000, at Broward and Miami-Dade Counties in the Southern District of Florida, and elsewhere, the defendant,

**ELLEANA AUSTIN**

did knowingly, willfully and with intent to fraud, use and attempt to use at least one unauthorized access device, and by such conduct did obtain something of value, aggregating more than $1,000.00 during a one-year period, said use affecting interstate commerce; in violation of Title 18, United States Code, Sections 1029(a)(2) (b)(1) and 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. ____00-6359-CR-ZLOCH(s)____ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| ELLEANA AUSTIN | **Superseding Case Information**: |

**Court Division:** (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s)   Yes ___   No _X_
Number of New Defendants  ___
Total number of counts  ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) NO
List language and/or dialect  _____

4. This case will take _4-5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                (Check only one)

   I    0 to 5 days    _X_      Petty      ___
   II   6 to 10 days   ___      Minor      ___
   III  11 to 20 days  ___      Misdem.    ___
   IV   21 to 60 days  ___      Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court?  (Yes or No) _YES_
   If yes:
   Judge: ZLOCH            Case No. 00-6359-CR-ZLOCH
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?  (Yes or No) _YES_
   If yes:
   Magistrate Case No.  00-4286-BSS
   Related Miscellaneous numbers:  00-4799-SNOW (SEARCH WARRANT)
   Defendant(s) in federal custody as of  _____
   Defendant(s) in state custody as of  _____
   Rule 20 from the  _____   District of  _____

   Is this a potential death penalty case? (Yes or No)  _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 888171

*Penalty Sheet(s) attached

REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** ELLEANA AUSTIN

**Case No:** 00-6359-CR-ZLOCH(s)

Count #: I

Conspiracy to engage in unauthorized use of unauthorized access devices

Title 18 U.S.C. 1029(b)(2)

\* **Max.Penalty:** Five (5) years' imprisonment and a $250,000 fine

==================================================================

Count #: II

Unauthorized use and attempted use of unauthorized access devices

Title 18 U.S.C. 1029(a)(2); and (b)(1)

\***Max. Penalty:** Ten (10) years' imprisonment and a $250,000 fine

==================================================================

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

==================================================================

*No. FL 04564*

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.
ELLEANA AUSTIN

### INDICTMENT
18 USC §1029(a)(2)
18 USC §1029(b)(1)
18 USC §1029(b)(2)
18 USC §2

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 19* ___

_____
*Clerk*

*Bail, $* _____