UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359--CR-ZLOCH (s)

UNITED STATES OF AMERICA,

v.

ELLEANA AUSTIN

Defendant.
_____/

## UNITED STATES' SECOND SPEEDY TRIAL REPORT

Pursuant to Local Rule 88.5 of the United States District Court for the Southern District of Florida, the United States of America reports as follows:

Synopsis

1. On December 14, 2000, a grand jury sitting Fort Lauderdale, returned a true bill against the defendant. Compliance with the Speedy Trial Act commenced on that date. 18 U.S.C. § 3161(c)(1). Since that date, the government has determined that 36 days of non-excludable time have elapsed and 34 remain.

Calculation

2. The Defendant was arraigned on December 18, 2000.

3. A Status Conference was held on January 8, 2001.

4. On January 24, 2001, defendant AUSTIN filed a motion to continue the trial setting.

5. By Order dated February 8, 2001, this Court granted defendant's motion to



  continue the trial setting and found that any resulting delay from the date of the continuance to March 12, 2001, the scheduled start of trial, or the actual start of trial, whichever was later, would be deemed excludable time under the Speedy Trial act.

6. On March 6, 2001, defendant AUSTIN filed a motion to continue the trial setting. By Order dated March 12, 2001, this Court granted defendant's motion to continue the trial setting, and found that any resulting delay from the date of the continuance to May 8, 2001, the scheduled start of trial, or the actual start of trial, whichever was later, would be deemed excludable time under the Speedy Trial act.

7. On May 3, 2001, a Superseding Indictment was returned against the defendant.

       Respectfully submitted,

       GUY A. LEWIS
       UNITED STATES ATTORNEY

By: _____
  Bertha R. Mitrani
  Assistant United States Attorney
  Florida Bar No. 88171
  500 East Broward Boulevard
  Fort Lauderdale, Florida
  Tel: 954/356-7255
  Fax: 954/356-7336

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by United States mail this ___day of _May__, 2001 to:

David J. Joffe, Esquire

David J. Joffe, P.A.

2900 Bridgeport Avenue

Suite 401

Coconut Grove, Florida 33133-3606

                              Bertha R. Mitrani
                              Assistant United States Attorney