UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____
APR 7 2001

CASE NUMBER 00-6359-CR-Zloch  DATE 5-7-01
CLERK Carline Newby  REPORTER Carl Schanzleh
PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Elleana Austin

U. S. ATTORNEY Bertha Mitrani  DEFT COUNSEL David Joffe

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING  Calendar Call

RESULT OF HEARING  Deft's ore tenus mtn for continuance granted - all time excludable

JUDGMENT _____

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____

60