FILED by _____ D.C.
MAY 22 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6359-CR-ZLOCH**

UNITED STATES OF AMERICA

      v.                    NOTICE

ELLEANA AUSTIN

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                        COURTROOM A
299 E. BROWARD BLVD.      DATE & TIME:
FT. LAUDERDALE, FL 33301  June 13, 2001 at 9:30 AM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

                                            CLARENCE MADDOX
                                            CLERK OF COURT

                                            BY DEPUTY CLERK

DATE: May 22, 2001

cc:
Bertha Mitrani, Esq., AUSA
David Joffe, Esq.