

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH(s)

UNITED STATES OF AMERICA

vs                              **SUPERSEDING**

ELLEANA AUSTIN

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MAY 22, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address: ON BOND

                        Telephone:
DEFENSE COUNSEL:        Name:   DAVID JOFFE

                        Address:

                        Telephone:
BOND SET/CONTINUED:     $

Bond hearing held: yes_____ no_____ Bond hearing set for_____
Dated this  22ND  day of   MAY   ,2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
     Deputy Clerk

Tape No. ____01- 026

cc: Copy for Judge
    U. S. Attorney