UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH
UNITED STATES OF AMERICA,                    (Magistrate Judge Snow)

    Plaintiff,

vs.

ELLEANA AUSTIN,

    Defendant.
_____/

## MOTION FOR RETURN OF PROPERTY

    COMES NOW the Defendant, ELLEANA AUSTIN (hereinafter "AUSTIN"), by and through undersigned counsel, David J. Joffe, pursuant to the Local Rules for the Southern District of Florida and the Federal Rules of Criminal Procedure, and would hereby respectfully request this Honorable Court to grant the relief requested in the instant motion. As grounds in support of this motion, the Defendant would state the following factual basis:

    1.    The Defendant was arrested and charged with conspiracy to commit access device fraud and with the use and attempt to use at least one unauthorized access device. When the Defendant was arrested, numerous items were seized from her residence. There are items that have been seized that have no evidentiary value whatsoever to the instant case and AUSTIN is desirous of having said items returned to her possession.

    2.    Specifically, AUSTIN would request:

        (a) Birth Certificate;

        (b) Sam's Groceries Card;



      (c) Gospel music CD's; and

      (d) Amplified Bible (study Bible).

These four (4) items were seized and AUSTIN is desirous of having them returned forthwith.

    WHEREFORE, the Defendant would respectfully request this Honorable Court to grant the instant motion.

LOCAL RULE 88.9 COMPLIANCE

    Undersigned counsel has discussed this issue with Assistant United States Attorney Bertha A. Mitrani approximately three (3) weeks prior to the dictation of this motion and Ms. Mitrani advised that the government was in need of these items for purposes of trial.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand-delivered this _____ day of May, 2001, to:

BERTHA A. MITRANI, ESQUIRE
Assistant United States Attorney
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida 33301

                Respectfully submitted,

                DAVID J. JOFFE, P.A.
                Attorney for Defendant
                2900 Bridgeport Avenue
                Suite 401
                Coconut Grove, Florida 33133
                Telephone: (305) 446-5886
                Facsimile: (305) 446-5856

                By_____
                  DAVID J. JOFFE, ESQUIRE
                  FLORIDA BAR NO. 0814164

- 2 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELLEANA AUSTIN,

    Defendant.

_____/

## ORDER ON MOTION FOR RETURN OF PROPERTY

THIS CAUSE having come before this Court on Defendant's Motion for Return of Property, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendant's Motion for Return of Property is hereby _____.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

David J. Joffe, Esquire
Bertha A. Mitrani, Esquire (AUSA)