UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6359-CR-ZLOCH


FILED by _____ D.C.
MAY 2 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

    v.                        NOTICE

ELLEANA AUSTIN

---

TYPE OF CASE               CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

PLACE:                        COURTROOM A
299 E. BROWARD BLVD.      DATE & TIME:
FT. LAUDERDALE, FL 33301  June 1, 2001 at 10:30 AM

---

RESET

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

---

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: May 24, 2001

cc:
Bertha Mitrani, Esq., AUSA
David Joffe, Esq.