UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

ELLEANA AUSTIN,

   Defendant.
_____/

FILED
MAY 25 2001

CLARENCE MADDOX
CLK. USDC / SDFL / FTL

### MOTION TO TRAVEL

COMES NOW the Defendant, ELLEANA AUSTIN (hereinafter "AUSTIN"), by and through undersigned counsel, David J. Joffe, pursuant to the Local Rules for the Southern District of Florida and the Federal Rules of Criminal Procedure, and would hereby respectfully request this Honorable Court to grant her instant Motion to Travel. As grounds in support of this motion, the Defendant would state the following basis:

1. AUSTIN has been invited to attend the International Women's Healing Clinic on June 15, 2001 and June 16, 2001 at the British Colonial Hilton in Nassau, Bahamas.

2. AUSTIN will reside at the British Colonial Hilton at One Bay Street, Nassau, Bahamas, telephone number (242) 322-3301.

3. AUSTIN will fly Continental Flight No. 9121 and depart Fort Lauderdale, Florida to Nassau, Bahamas on Thursday, June 14, 2001, at approximately 9:00 a.m., and arrive in Nassau, Bahamas non-stop at approximately 10:00 a.m.



4. AUSTIN will return on or about Sunday, June 17, 2001, on Continental Flight No. 9174 from Nassau, Bahamas to Fort Lauderdale, Florida, departing at approximately 8:35 a.m. and arriving at approximately 9:40 a.m.

WHEREFORE, the Defendant would respectfully request this Honorable Court to grant the instant Motion to Travel.

### LOCAL RULE 88.9 COMPLIANCE

As of the dictation of this motion, undersigned counsel has not been able to communicate directly with Assistant United States Attorney Bertha A. Mitrani regarding her position on this motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand-delivered this 25TH day of May, 2001, to:

BERTHA A. MITRANI, ESQUIRE
Assistant United States Attorney
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida 33301

           Respectfully submitted,

           DAVID J. JOFFE, P.A.
           Attorney for Defendant
           2900 Bridgeport Avenue
           Suite 401
           Coconut Grove, Florida 33133
           Telephone: (305) 446-5886
           Facsimile: (305) 446-5856

           By_____
              DAVID J. JOFFE, ESQUIRE
              FLORIDA BAR NO. 0814164

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH
UNITED STATES OF AMERICA,          (Magistrate Judge Snow)

    Plaintiff,

vs.

ELLEANA AUSTIN,

    Defendant.
_____/

### ORDER ON MOTION TO TRAVEL

THIS CAUSE having come before this Court on Defendant's Motion to Travel, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendant's Motion to Travel is hereby _____.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this _____ day of _____, 2001.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

David J. Joffe, Esquire
Bertha A. Mitrani, Esquire (AUSA)