FILED by _____ D.C.

JUN 0 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6359-CR-Zloch DATE 6-1-01

CLERK Carlos Newby    REPORTER Carl Schenzler

PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. Elleana Austin

U. S. ATTORNEY Bertha Mitrani DEFT COUNSEL David Joffe

DEFENDANT: (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING Change of Plea to
Count 1 of Superseding Info.

RESULT OF HEARING Deft entered a plea of
guilty to Count 1

JUDGMENT Court accepted plea &
adjudged deft guilty to Count 1

CASE CONTINUED TO 8-10-01 TIME 10:30 FOR Sentencing

MISC Written Plea Agreement

71