UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELLEANA AUSTIN,

    Defendant.
_____/

## ORDER ON MOTION TO TRAVEL

THIS CAUSE having come before this Court on Defendant's Motion to Travel, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendant's Motion to Travel is hereby __GRANTED__.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this ____ day of __June__, 2001.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Copies furnished to:

David J. Joffe, Esquire
Bertha A. Mitrani, Esquire (AUSA)