UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ELLEANA AUSTIN,

        Defendant.
_____/

### NOTICE OF FILING

        Defendant, ELLEANA AUSTIN, by and through undersigned
counsel, David J. Joffe, files the attached letter from Pastor
Julie Teich dated May 29, 2001, to be considered by this Court
for all permissible purposes including sentencing.

        I HEREBY CERTIFY that a true and correct copy of the
foregoing was mailed/hand-delivered this ____day of June, 2001,
to:

BERTHA A. MITRANI, ESQUIRE
Assistant United States Attorney
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida 33301

                        Respectfully submitted,

                        DAVID J. JOFFE, P.A.
                        Attorney for Defendant
                        2900 Bridgeport Avenue
                        Suite 401
                        Coconut Grove, Florida  33133
                        (305) 446-5886

                        By_____
                           DAVID J. JOFFE, ESQUIRE
                           FLORIDA BAR NO. 0814164

75

# Dominion Ambassadors International, Inc.

## THE EMBASSY WORSHIP CENTER

*Ambassador Dr. N. Cindy Trimm*

May 29th, 2001

The Honorable William J. Zloch
Chief Judge, U.S. District Court
Southern Judicial District of Florida
299 E. Broward Blvd./Rm. 202B
Ft. Lauderdale, FL 33301

Re: Case #00-6359-CR-Zloch

Dear Judge Zloch:

With respect to the above-captioned matter, I would like to provide a character reference for Elleana Austin.

I have known Ms. Austin for approximately three years and have found her to be a dedicated family member and a devout parishioner with a strong commitment to her family and faith. She has worked for Bell South, and after many years of honest and faithful service, she is now retired.

If given an opportunity to rehabilitate herself, I believe she would rededicate herself to the service of family, the church, and be an asset to the community. Therefore, I would request The Honorable Judge to keep these virtuous characteristics in mind when passing sentence on.

In His service,

Julie Teich
Pastor

Cc: David J. Joffe, P.A.
Attorney at Law

2700 West Atlantic Blvd., Suite 214 • Pompano Beach, Florida 33069 • (954) 969-1877 • Fax (954) 969-0809
Email: embassywc@aol.com