UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELLEANA AUSTIN,

    Defendant.

_____/

### NOTICE OF FILING

Defendant, ELLEANA AUSTIN, by and through undersigned counsel, David J. Joffe, files the attached handwritten letter from Defendant to Judge Zloch, to be considered by this Court for all permissible purposes.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand-delivered this ____ day of July, 2001, to:

BERTHA R. MITRANI, ESQUIRE
Assistant United States Attorney
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida 33394-3002

                  Respectfully submitted,

                  DAVID J. JOFFE, P.A.
                  Attorney for Defendant
                  2900 Bridgeport Avenue
                  Suite 401
                  Coconut Grove, Florida 33133
                  Telephone: (305) 446-5886
                  Facsimile: (305) 446-5856

                  By_____
                    DAVID J. JOFFE, ESQUIRE
                  FLORIDA BAR NO. 0814164

July 23, 2001

Honorable William J. Zloch
United States District Court
United States Federal Courthouse
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

Re: Case # 00-6359-CR-WJZ

Dear Judge Zloch,

As my case vastly approaches for my sentencing, I wish to take this opportunity to thank you. Thank you for all the consideration you have extended to me when motions for me have been presented. I'm very grateful that you were willing to allow me to attend the Women's Healing Clinic, which is apart of the ministry I am in. So much was accomplished by it. I thank God for you and I thank him that you allowed yourself to be used by him to open the door for me to attend.

Judge Zloch I have never been at this place in my life. I've worked on a job for thirty years. Even before this I worked from a small girl picking pecans so that I would have money for my sister and myself to go to the fairs that came to my home once a year. I worked keeping people children and cleaning their houses

from a teenager so that I would have money for school. This entire ordeal that I have gotten myself into has caused me more sorrow, shame and pain than I could have ever imagined. All my life all I have ever known is to reach out to people any way I can to help them. I ask myself how could I be here? I've never been more sorry for anything in my life. I've spent my entire life keeping my children and other people's children out of whatever the cost, get out of trouble. I've spent all the money I ever had in getting my son out of trouble and taking care of his family. I've spent my life raising my grandson as I sent his mother back to college to finish so that she could be self sufficient and to help her understand that just because you get pregnant and have a baby you can still succeed in this life. But to no avail she went back for a while and then dropped out. I've spent my life insuring that my youngest daughter, though battling mental illness would still be able to have a fruitful life in this society that shuns children that suffer and even moreso when they become adults disregards them. When the institutions gave up on her, I went before God and trusted his instruction on how to finish raising her and how to

Intreat her as an adult. I've spent my entire life being a good mother to my children (biological and spiritual) and a good grandmother to my grandchildren. But, I, be as David in the bible has openly repented to God for my sin. I am a woman that loves God and I've told him that whatever his will is for my life then I will go the route he has laid out for me. For my bible tells me that faith is the substance of things hoped for and the evidence of things unseen. But above all things my faith and fate is in God's hands.

I bless you Judge Zloch, I bless your family to the third and fourth generation; I bless this ministry you are in (the judicial system) for it was ordained of God from the Moses generation; I bless your mind and the spirit that God has placed upon your life to discern his righteousness. I bless your feet and your hands and your eyes I bless your ear that you travel to and fro in. I bless all that work in service to you because that are blessed just because of your presence. I pray that God will forever keep you strong and stedfast. I speak just to your mind and body and soul. I just bless your life Judge Zloch. Thank you for the compassion you have extended to me each time I stepped

before you. We all fall down at some point in this life, but we do get up. I thank God that he has taught me that love has no conditions or limitations with him because he loves all of us unconditionally.

Very Truly Yours

Liliana Custer