UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
AUG 10 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6359-CR-Zloch  DATE 8-10-01
CLERK Ceoclude Newby  REPORTER Carl Schenzleh
PROBATION Tracey Webb  INTERPRETER _____

UNITED STATES OF AMERICA v. Elleana Austin

U.S. ATTORNEY Bertha M. Franc  DEFT COUNSEL David Joffe

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Deft w/draws objections - Ct accepts stipulation - $111,000. Klueman account will not be counted - Ct 1 - superseding - 15 months custody of JUDGMENT BOP - 3 yrs supervised release - $ Restitution - Spec Cnds - Financial Disclosure; Not incur further debt w/o written permission of Probs - $100

CASE CONTINUED TO _____  TIME _____  FOR assessment - Joffe appointed for
MISC appeal - Execution of sentence deferred until noon 10-26-01 - Ct Recommends Coleman, Florida -