USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case                                                Page 2 of 7

DEFENDANT: ELLEANA AUSTIN
CASE NUMBER: 00-6359-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **15 Months**.

The Court recommends to the Bureau of Prisons:

Coleman, Florida

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **before noon October 26, 2001.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal