UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,               *
Respondent                              *
                                        *
                                        *
vs.                                     *       Docket No. 000-6349-
                                        *                  Cr-Zloch(s)
                                        *
                                        *
ELLEANA AUSTIN,                         *
Petitioner                              *

## MOTION FOR COURT TRANSCRIPTS
## AND RECORDS

**NOW COMES,** the Petitioner Elleana Austin, filing pro se moves

this Honorable Court, pursuant to the Criminal Justice Act

18 U.S.C. §3006A, for an order directing the Clerk of Courts

to prepare transcripts regarding the aforementioned case number.

As grounds thereof, the Petitioner states that she is indigent

and without the funds that tare necessary for the purchase

of the requested transcripts.

 The Petitioner also request court records regarding any plea

negotiations and/or the plea agreement of file. The Petitioner

states that this is needed in order for her to file the motion

to vacate, set aside or correct said sentence pursuant to 28

U.S.C. §2255.

 The Petitioner therefore prays that this court grant said

motion directing the clerk of court to furnish said documents.

NON-COMPLIANCE OF S.D. fla. L.R. 5.1A

Dated this _22_ day of April 2002.


_Elleana Austin_
Elleana Austin, pro se
#55576-004
Federal Correctional Complex-Camp
P.O. Box 1032
Coleman, Florida 33521-1032


## CERTIFICATE OF SERVICE

I, Elleana Austin filing pro se, do hereby certify that a copy of the foregoing Motion for Court Transcripts and Records has been furnished to the following A.U.S.A. Bertha R. Mitrani via U.S. Postal Service at 500 E. Broward Boulevard, Seventh FLoor, Ft. Lauderdale Florida 33394-3002. I deposited said documents with the proper postage affixed this _22_ day of April 2002.


_Elleana Austin_
Elleana Austin, pro se
#55576-004
Federal Correctional Complex-Camp
P.O. Box 1032
Coleman, Florida 33521-1032