UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6359-CR-ZLOCH



UNITED STATES OF AMERICA

    Plaintiff

V.

                              ORDER

ELLEANA AUSTIN

    Defendant
_____

THIS MATTER is before the Court upon Motion For Court Transcripts and Records (filed April 26, 2002). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned Motion is hereby DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _29th_ day of April, 2002.

                                              WILLIAM J. ZLOCH
                                              Chief United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Elleana Austin
#55576-004
Federal Correctional Complex-Camp
P. O. Box 1032
Coleman, Fl  33521-1032

