PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 66534

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6359-CR-ZLOCH

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:   **AUSTIN, Elleana**

Name of Sentencing Judicial Officer:   **The Honorable William J. Zloch**
**Chief, U.S. District Judge**
**Southern District of Florida**
**Fort Lauderdale, FL**

Date of Original Sentence:   **August 10, 2001**

Original Offense:   Count One: Conspiracy to commit access device fraud, in violation of Title 18, U.S.C. § 1029(a)(2) and (b)(2), a Class D felony.

Original Sentence:   15 months Bureau of Prisons, three (3) years supervised release, $206,731.64 restitution, and $100 special assessment.

Type of Supervision:                                    Date Supervision Commenced:
**Supervised Release**                                    **November 21, 2002**

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ years, for a total term of _____ years.

[X]   To modify the conditions of supervision as follows:

"The defendant shall pay restitution at the rate of $90 per month until such time as the Court may alter that payment schedule in the interests of justice. The U. S. Probation Office and the U. S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay."

## CAUSE

A financial investigation was conducted to determine what amount the defendant could afford to pay monthly on her restitution balance. The defendant reported the household income and expenses on a monthly basis. The report was compared to the documentation provided by the defendant, as well as the credit report obtained with the defendant's permission and the expenses were adjusted accordingly. The household income is approximately $1,800 per month and current fixed expenses total approximately $1,400, yielding a positive cash flow of $400 per month. This officer has given the defendant permission

PROB 12B                                                                    SD/FL PACTS No. 66534
(SD/FL 9/96)                                                                                  Page 2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6359-CR-ZLOCH

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:    AUSTIN, Elleana

to purchase a used car in the near future, and encouraged the defendant to keep the monthly payment below $300. Consequently, this leaves a $100 positive cash flow; of this amount, the defendant was allowed a 10 percent monthly savings allowance of $10.00, leaving $90 per month to be applied toward the financial obligation. The defendant has agreed to begin making payments of $90 per month commencing March 2003, and every month thereafter. As such, it is respectfully requested that Your Honor sign the attached Petition for Probation Action modifying the conditions of probation as indicated above.

Respectfully submitted,

by    *[signature]*

Scott T. Kirsche
U.S. Probation Officer
Phone: (561) 804-6850
Date: February 4, 2003

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Submit a Request for ____ Warrant or ____ Summons

*[signature]*
Signature of Judicial Officer

2/11/03
Date