UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. **00-6359-CR-ZLOCH**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELLEANA AUSTIN

    Defendant.
_____/



## **CONSENT AGREEMENT**

The United States of America and Elleana Austin, hereby stipulate and agree to enter into a payment schedule to satisfy the $ 206,731.64 restitution imposed in the Judgment and Probation Commitment Order entered herein on August 10, 2001 and amended on _, against Defendant Elleana Austin, pursuant to the following terms.

1.    The defendant, Elleana Austin, shall pay the restitution/fine balance of $ 203,941.64, plus any statutory interest pursuant to 18 USC 3612(f) to the United States of America at the rate of $ 90.00 per month, beginning the first day of the month following expiration of supervision and each month thereafter until the obligation is paid in full.

2.    The Defendant, Elleana Austin, shall send the monthly payments by cashier's check or money order, made payable to the Clerk, U.S. District Court, Southern District of Florida (S.D. Fla) and mailed to the:
        Clerk of the Court
        U.S. District Court
        Southern District of Florida
        Financial Section

301 North Miami Avenue, Room 150
Miami, Florida 33128

**The case number and defendant's name must be printed on the check.**

3. The Defendant, Elleana Austin, agrees to submit an updated Financial Statement to the United States for review annually upon demand. Upon the review of the Financial Affidavit, the monthly amount may be increased or decreased accordingly or a lump sum payment may be demanded if it is determined that the defendant has the assets to pay all or a substantial portion of the restitution.

4. The parties agree that in the event of a default in the aforesaid monthly payments which extends beyond the due date of the third regular monthly installment, the United States shall be entitled to seek collection of the entire balance of the judgment then due and owing, by attachment, garnishment, execution or any other legal remedy.

5. The Defendant, Elleana Austin, shall be obligated to notify the United States Attorney's Office, Southern District of Florida, Financial Litigation Unit, 99 NE 4th Street, Suite 300, Miami, Florida 33132, of any change of address while said judgment is outstanding.

6. The parties agree that upon the complete satisfaction of the $ 206,731.64 restitution/fine judgment entered herein, the Defendant shall be entitled to have it marked as satisfied upon the records of this Court and upon the records of any other Court in which it may be recorded.

The parties consent to the terms of the above-specified agreement.

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
Defendant: Elleana Austin
Address: 210 Wind Flower Court
         Alpharetta, GA 30005

Phone: (678) 240-0702
SSN: 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

By: _____
Elizabeth Ruf Stein
Assistant U.S. Attorney
Financial Litigation Unit
99 N.E. 4th Street, #313
Miami, Florida 33132-2111
Phone: (305) 961-9313
Fax:   (305) 530-7195
FLA Bar No: 354945
Email: elizabeth.stein@usdoj.gov

_____
Kevin L. Thomas
U.S. Probation Officer
Address: 2000 Powers Ferry Road, Suite 530
Marietta, GA 30067
Phone: (770) 980-0369
Fax:

Dated this 28 day of October, 2005.