UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

NOV 9 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 00-6359-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            **O R D E R**

ELLEANA AUSTIN,

    Defendant.
_____/

THIS MATTER is before the Court upon the Consent Agreement bearing the file stamp of the Clerk of the Court dated November 8, 2005, filed herein by Plaintiff, United States of America, and Defendant, Elleana Austin. The Court has carefully reviewed said Agreement and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Consent Agreement bearing the file stamp of the Clerk of the Court dated November 8, 2005 and filed herein by the Plaintiff, United States of America, and Defendant, Elleana Austin, be and the same is hereby approved, adopted and ratified by the Court. The restitution order of $206,731.64, entered by prior Order (DE 83) on August 13, 2001, shall be paid according to the terms agreed upon in the



aforementioned Agreement.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___9th___ day of November, 2005.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Elizabeth Ruf Stein, Esq., AUSA

Kevin L. Thomas, U.S.P.O.

Elleana Austin, Pro se
210 Wind Flower Court
Alpharetta, GA 30005

2